IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**PHILLIP DEWAYNE STEWART**                                        **PLAINTIFF**
**#80429**

v.                      **CASE NO. 4:24-CV-00153-BSM**

**CATHLEEN COMPTON**                                            **DEFENDANT**

## ORDER

Phillip Dewayne Stewart's case is dismissed without prejudice because he has failed to pay the filing fee and cannot proceed *in forma pauperis*. This is because he has, while imprisoned, filed three or more prior lawsuits or appeals that were dismissed as "frivolous, malicious, or fail[ing] to state a claim upon which relief may be granted . . . ." 28 U.S.C. § 1915(g); *see Stewart v. Hobbs*, 5:13-cv-00381-JLH (E.D. Ark.); *Stewart v. Evans*, 5:16-cv-00081-DPM (E.D. Ark.); and *Stewart v. Griffen*, 4:17-cv-00579-BRW (E.D. Ark.). Stewart's complaint does not indicate that he is "under imminent danger of serious physical injury," *see* 28 U.S.C. § 1915(g), and he has not paid the filing fee. His case is therefore dismissed without prejudice. Stewart has 30 days to reopen this case by paying the $402 filing fee in full. An *in forma pauperis* appeal from this order or the accompanying judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 20th day of March, 2024.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE